*Tuesday, April 15, 1997*

## MOTION DOCKET

**96–84.   Goldberg Companies, Inc. v. Richmond Hts. City Council.**
Cuyahoga App. Nos. 68291 and 68292.   This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.   Upon consideration of appellee's motion to dismiss the appeal of appellant, Goldberg Companies, Inc.,

   IT IS ORDERED by the court that the motion to dismiss the appeal be, and hereby is, denied.
   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.